JAY SMITH (CA Bar No. 166105)
(Email: js@gslaw.org)
JOSHUA F. YOUNG (CA Bar No. 232995)
(Email: jyoung@gslaw.org)
PUI-YEE YU (CA Bar No. 308122)
(Email: pyyu@gslaw.org)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Fax: (323) 937-9139

RANDY RENICK (CA Bar No. 179652)
(Email: rrr@hadsellstormer.com)
CORNELIA DAI (CA Bar No. 207435)
(Email: cdai@hadsellstormer.com)
**HADSELL STORMER & RENICK, LLP**
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone: (626) 585-9600
Fax: (626) 577-7079

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| CHRIS AZPEITIA, EILEEN FOSTER, ANTONIO GARCIA, APRIL MOORE, and SAMANTHA SCOTT, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING AND MARKETING COMPANY LLC, TESORO LOGISTICS GP, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00123-JST<br><br>Assigned to the Hon. Jon S. Tigar<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE BRIEFING SCHEDULE RE: DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

SEYFARTH SHAW LLP
William J. Dritsas (SBN 97523)
wdritsas@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Michael W. Kopp (SBN 206385)
mkopp@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Timothy M. Rusche (SBN 230036)
E-mail: trusche@seyfarth.com
Mary Manesis (SBN 150372)
E-mail: mmanesis@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

*Attorneys for Defendants*

Pursuant to Civil L.R. 6-1(b) and L.R. 6-2, the undersigned counsel of record for Plaintiffs Chris Azpeitia, Eileen Foster, Antonio Garcia, April Moore, Samantha Scott, and Defendant Tesoro Refining and Marketing Company LLC, Tesoro Logistics GP, LLC jointly file this Stipulation and agree as follows:

WHEREAS Plaintiffs filed their First Amended Complaint on March 31, 2017;

WHEREAS Defendants filed their Motion to Dismiss Plaintiffs' First Amended Complaint on April 14, 2017;

WHEREAS Defendant's motion to dismiss raises complex issues and the parties require additional time to respond;

WHEREAS Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss within 21 days after the Motion was filed;

WHEREAS Defendants shall file their reply brief within 14 days after Plaintiffs' Opposition is filed;

WHEREAS the hearing on Defendants' motion to dismiss shall remain as set by the Court;

THEREFORE, IT IS STIPULATED AND AGREED THAT,

1. Plaintiffs shall file their Opposition to Defendants' motion to dismiss by no later than May 5, 2017;

2. Defendants shall file their reply in support of their motion to dismiss by no later than May 19, 2017; and

3. The hearing on Defendants' motion to dismiss shall remain on June 15, 2017, at 2:00 p.m.

/ / /

/ / /

/ / /

STIPULATION AND [PROP] ORDER TO CONTINUE BRIEFING SCHEDULE
RE: MOTION TO DISMISS PLAINTIFFS' 1ST AMD COMPLAINT

1    IT IS SO STIPULATED

2

3    DATED:  April 21, 2017        Respectfully submitted,

4                        **HADSELL STORMER & RENICK, LLP**

5                        **GILBERT & SACKMAN, A LAW CORPORATION**

6

                        By:    /s/-Randy Renick

7                          Attorneys for Plaintiffs

8    DATED:  April 21, 2017        **SEYFARTH SHAW LLP**

9                        By:   /s/- Michael W. Kopp

10                         Attorneys for Defendants

11                  Attestation Regarding Signatures:

12      I, Randy Renick, hereby attest that all other signatories listed, and on whose behalf the filing is

13   submitted, concur in the filing's content and have authorized the filing.

14                      By:   /s/-Randy Renick

15                       Randy Renick

16

17

18                      ~~[PROPOSED]~~ ORDER

19

20    PURSUANT TO STIPULATION, IT IS SO ORDERED.

21

22

23

24   Dated: April 25, 2017

25                       THE HONORABLE JON S. TIGAR
                         UNITED STATES DISTRICT JUDGE

26

27

28