JAY SMITH (CA Bar No. 166105)
(Email: js@gslaw.org)
JOSHUA F. YOUNG (CA Bar No. 232995)
(Email: jyoung@gslaw.org)
PUI-YEE YU (CA Bar No. 308122)
(Email: pyyu@gslaw.org)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000
Fax: (323) 937-9139

RANDY RENICK (CA Bar No. 179652)
(Email: rrr@hadsellstormer.com)
CORNELIA DAI (CA Bar No. 207435)
(Email: cdai@hadsellstormer.com)
**HADSELL STORMER & RENICK, LLP**
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone: (626) 585-9600
Fax: (626) 577-7079

*Attorneys for Plaintiffs*

[Additional Counsel Listed on Next Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| CHRIS AZPEITIA, EILEEN FOSTER, ANTONIO GARCIA, APRIL MOORE, and SAMANTHA SCOTT, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING AND MARKETING COMPANY LLC, TESORO LOGISTICS GP, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00123-JST<br><br>Assigned to the Hon. Jon S. Tigar<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER RE: SECOND AMENDED COMPLAINT** |

SEYFARTH SHAW LLP
William J. Dritsas (SBN 97523)
wdritsas@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, CA 94105-2930
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

SEYFARTH SHAW LLP
Michael W. Kopp (SBN 206385)
mkopp@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

SEYFARTH SHAW LLP
Timothy M. Rusche (SBN 230036)
E-mail: trusche@seyfarth.com
Mary Manesis (SBN 150372)
E-mail: mmanesis@seyfarth.com
333 S. Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

*Attorneys for Defendants*

STIPULATION AND [PROPOSED] ORDER RE: SECOND AMENDED COMPLAINT

The undersigned counsel of record for Plaintiffs Chris Azpeitia, Eileen Foster, Antonio Garcia, April Moore, Samantha Scott, and Defendant Tesoro Refining and Marketing Company LLC, Tesoro Logistics GP, LLC, jointly file this Stipulation and agree as follows:

WHEREAS Plaintiffs filed their First Amended Complaint on March 31, 2017;

WHEREAS Defendants filed their Motion to Dismiss Plaintiffs' First Amended Complaint (Dkt #25) on April 14, 2017;

WHEREAS Plaintiffs intend to file a Second Amended Complaint, attached hereto as Exhibit 1 to reflect the correct effective date of the *Delagarza* class member releases, as argued in Defendants' motion to dismiss;

WHEREAS the parties wish to maintain the briefing schedule and hearing date for Defendants' Motion to Dismiss, currently set for hearing on June 15, 2017;

THEREFORE, IT IS STIPULATED AND AGREED THAT,

1. Plaintiffs shall file their Second Amended Complaint;
2. Defendants' Motion to Dismiss (Dkt #25) shall be directed to the Second Amended Complaint;
3. The briefing schedule and hearing date for Defendants' Motion to Dismiss shall remain in effect.

IT IS SO STIPULATED.

DATED: April 26, 2017    Respectfully submitted,

**HADSELL STORMER & RENICK, LLP**

**GILBERT & SACKMAN, A LAW CORPORATION**

By:  /s/-Joshua F. Young
Attorneys for Plaintiffs

DATED: April 26, 2017    **SEYFARTH SHAW LLP**

By:  /s/-Michael W. Kopp
Attorneys for Defendants

1
STIPULATION AND [PROPOSED] ORDER RE: SECOND AMENDED COMPLAINT

<u>Attestation Regarding Signatures</u>:

I, Joshua Young, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/-Joshua F. Young

Joshua F. Young

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 28, 2017

_____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE