UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: July 21, 2017                                                                 Judge: Jon S. Tigar

Time: 11 minutes

Case No.      **3:17-cv-00123-JST**
Case Name    **Chris Azpeitia, et al. v. Tesoro Refining & Marketing Company LLC, et al.**

Attorneys for Plaintiffs:        Randy R. Renick
                                 Joshua F. Young

Attorney for Defendants:         Michael W. Kopp

Deputy Clerk: William Noble                                         Court Reporter: Not reported

PROCEEDINGS

Telephonic case management conference.

RESULT OF HEARING

1. A further case management conference is set for August 22, 2017 at 2:00 p.m. in San Francisco. A joint case management conference statement is due August 15, 2017. A written order will be issued by the Court regarding the proposed related case and what will be discussed at the next hearing.