# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| JON VALLIERE, EILEEN FOSTER, ANTONIO GARCIA, and SAMANTHA WEST, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING AND MARKETING COMPANY LLC, TESORO LOGISTICS GP, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00123-JST<br><br>Assigned to the Hon. Jon S. Tigar<br><br>**[PROPOSED] ORDER RE: STIPULATION TO EXTEND CLASS CERTIFICATION MOTION DEADLINES** |
| JINETRA BONNER, individually, on behalf herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING & MARKETING COMPANY, LLC, a Delaware Limited Liability Company; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 17-CV-03850-JST |

| | |
|---|---|
| 1 | <u>ORDER</u> |
| 2 | The Court, having considered the parties' Stipulation to Extend Class Certification Motion |
| 3 | Deadlines, and finding good cause appearing, hereby ORDERS that: |
| 4 |     1.    Plaintiffs shall file their motion for class certification by September 24, 2018; |
| 5 |     2.    Defendants shall file their opposition to Plaintiffs' motion by October 22, 2018; |
| 6 |     3.    Plaintiffs shall file their reply by November 12, 2018; and |
| 7 |     4.    The hearing on Plaintiffs' motion for class certification shall be continued to December 6, |
| 8 | 2018, at 2:00 p.m. |
| 10 | IT IS SO ORDERED. |
| 14 | Dated: April 30, 2018 |
| 15 | Jon S. Tigar, United States District Judge |

1

[PROPOSED] ORDER RE: STIPULATION TO EXTEND
CLASS CERTIFICATION MOTION DEADLINES
Case Nos. 3:17-cv-00123-JST/17-CV-03850-JST