# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON VALLIERE, EILEEN FOSTER, ANTONIO GARCIA, and SAMANTHA WEST, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING AND MARKETING COMPANY LLC, TESORO LOGISTICS GP, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00123-JST<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER RE: STIPULATION TO EXTEND THE DEADLINE TO FILE PLAINTIFFS' MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |
| JINETRA BONNER, individually, on behalf herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING & MARKETING COMPANY, LLC, a Delaware Limited Liability Company; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 3:17-CV-03850-JST |

| | |
|---|---|
| 1 | The Court, having considered the Parties' Stipulation to Extend the Deadline to File the |
| 2 | Preliminary Approval Motion, and finding good cause appearing, hereby ORDERS that: |
| 3 |     1. The Preliminary Approval Motion shall be filed on or before February 13, 2019, and |
| 4 |     2. The Preliminary Approval Motion shall be heard on April 4, 2019, at 2:00 p.m., ~~[or~~ |
| 5 |     ~~alternatively, on _____, 2019 at 2:00 p.m.]~~ |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: January 9, 2019

_____
Honorable Jon. S. Tigar
United States District Court,
Northern District of California