UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TESORO REFINING & MARKETING COMPANY LLC, et al., <br><br> Defendants. | Case No. 17-cv-00123-JST <br><br> **ORDER GRANTING STIPULATED REQUEST TO EXTEND MOTION FOR PRELIMINARY APPROVAL DEADLINE** <br><br> Re: ECF No. 79 |

The Court has received and considered the parties' stipulation to extend the deadline to file a motion for preliminary approval from February 13, 2019 to March 13, 2019, and to continue the hearing on the motion from April 4, 2019 to April 18, 2019, at 2:00 p.m. ECF No. 79.

The Court observes that it has already extended this deadline and rescheduled the associated hearing once pursuant to the parties' earlier stipulation. ECF No. 78. The Court hereby GRANTS the stipulated request for an additional extension but notes that it is unlikely to grant any further request to extend this deadline.

**IT IS SO ORDERED.**

Dated: February 14, 2019

JON S. TIGAR
United States District Judge