**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO**

| | |
|---|---|
| JON VALLIERE, EILEEN FOSTER, ANTONIO GARCIA, and SAMANTHA WEST, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING AND MARKETING COMPANY LLC, TESORO LOGISTICS GP, LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 3:17-cv-00123-JST<br><br>Assigned to the Hon. Jon S. Tigar<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION TO FURTHER EXTEND MOTION FOR PRELIMINARY APPROVAL DEADLINE |
| JINETRA BONNER, individually, on behalf herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING & MARKETING COMPANY, LLC, a Delaware Limited Liability Company; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 17-CV-03850-JST |

## ORDER

The Court, having considered the parties' Stipulation to Further Extend Motion for Preliminary Approval Deadline, and finding good cause appearing, hereby ORDERS that:

1. The deadline to file a Motion for Preliminary Approval shall be continued from Wednesday, April 24, 2019 to Wednesday, May 8, 2019;

2. The hearing on Plaintiffs' Motion for Preliminary Approval shall be continued from Thursday, May 30, 2019 to Thursday, June 13, 2019 at 2:00 p.m.

IT IS SO ORDERED.

Dated: April 25, 2019

_____
Jon S. Tigar, United States District Judge