# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GARCIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TESORO REFINING & MARKETING COMPANY LLC, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-00123-JST<br><br>**ORDER GRANTING STIPULATED REQUEST IN PART**<br><br>Re: ECF No. 87 |

The Court, having considered the Parties' Stipulation for Leave to File a First Amended Consolidated Class Action Complaint ("Stipulation"), and finding good cause appearing, hereby ORDERS that:

1. Plaintiffs are granted leave to file a First Amended Consolidated Class Action Complaint in the form attached as Exhibit 1 to the Stipulation.

2. The First Amended Consolidated Class Action Complaint must be filed as a separate docket entry no later than May 8, 2019. It will be deemed served upon filing on the Court's docket.

3. Defendants' obligation to file an answer to the First Amended Consolidated Class Action Complaint is stayed pending the Preliminary Approval hearing and Final Fairness/Final Approval Hearing, and will be mooted by Final Approval of this Agreement and entry of the Final Approval Order.

**IT IS SO ORDERED.**

Dated: May 7, 2019

_____
JON S. TIGAR
United States District Judge