**HADSELL STORMER & RENICK, LLP**
Randy Renick (CA SBN 179652)
   (rrr@hadsellstormer.com)
Cornelia Dai (CA SBN 207435)
   (cdai@hadsellstormer.com)
128 North Fair Oaks Avenue, Suite 204
Pasadena, California 91103-3645
Telephone: (626) 585-9600 / Fax: (626) 577-7079

*Lead Plaintiffs' Counsel*

Attorneys for Plaintiffs Jon Valliere, Eileen Foster, Antonio Garcia, Samantha West and the Putative Class

*[Additional Counsel Listed on Next Page]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON VALLIERE, EILEEN FOSTER, ANTONIO GARCIA, and SAMANTHA WEST, individually and on behalf of all similarly situated current and former employees,<br><br>        Plaintiffs,<br><br>   v.<br><br>TESORO REFINING AND MARKETING COMPANY LLC, TESORO LOGISTICS GP, LLC, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 3:17-CV-00123-JST<br>Case No. 3:17-CV-03850-JST<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CONDITIONAL CERTIFICATION, APPROVAL OF CLASS NOTICE, AND SETTING OF FINAL APPROVAL HEARING**<br><br>Date:     June 13, 2019<br>Time:    2:00 p.m.<br>Crtroom: 9  (19th Floor)<br>Judge:   Hon. Jon S. Tigar |
| JINETRA BONNER, individually, on behalf herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>   v.<br><br>TESORO REFINING & MARKETING COMPANY, LLC, a Delaware Limited Liability Company; and DOES 1 through 100 inclusive,<br><br>        Defendants. | |

**GILBERT & SACKMAN, A Law Corporation**
Jay Smith (CA SBN 166105)
    (js@gslaw.org)
Joshua F. Young (CA SBN 232995)
    (jyoung@gslaw.org)
Nancy Sotomayor (CA SBN 312022)
    (nsotomayor@gslaw.org)
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Telephone: (323) 938-3000 / Fax: (323) 937-9139

Attorneys for Plaintiffs Jon Valliere, Eileen Foster,
Antonio Garcia, Samantha West and the Putative Class


**COHELAN KHOURY & SINGER**
Timothy D. Cohelan (CA SBN 60827)
    (tcohelan@ckslaw.com)
Michael Singer (CA SBN 115301)
    (msinger@ckslaw.com)
Diana M. Khoury (CA SBN 128643)
    (dkhoury@ckslaw.com)
J. Jason Hill (CA SBN 179630)
    (jhill@ckslaw.com)
605 "C" Street, Suite 200
San Diego, California  92101
Telephone: (619) 595-3001 / Fax: (619) 595-3000

Attorneys for Plaintiff Jinetra Bonner and the Putative Class

PLEASE TAKE NOTICE that on June 13, 2019 at 2:00 p.m. or as soon thereafter as the matter may be heard, in Courtroom 9, 19th Floor of the above-entitled court located at 450 Golden Gate Avenue, San Francisco, California 94102, Plaintiffs Jon Valliere, Eileen Foster, Antonio Garcia, Samantha West, and Jinetra Bonner, individually and on behalf of all similarly situated current and former employees (collectively "Plaintiffs"), and Defendants Tesoro Refining & Marketing Company, LLC, and Tesoro Logistics GP, LLC, ("Defendants") will and hereby do move this Court to:

1. Preliminarily approve the non-reversionary $15,250,000 class action settlement described in the Joint Stipulation of Class Action Settlement and Release ("Agreement"), attached as Exhibit "1" to the Declaration of Randy Renick submitted in support herewith;

2. Conditionally certifying the Class (as defined in the Agreement ¶ 3) as a Federal Rules of Civil Procedure 23 settlement class;

3. Approve and appoint Plaintiffs Jon Valliere, Eileen Foster, Antonio Garcia, Samantha West, and Jinetra Bonner as representatives for the proposed Class for purposes of settlement;

4. Approve and appoint Hadsell Stormer & Renick, LLP, Gilbert & Sackman, A Law Corporation, and Cohelan, Khoury & Singer as Class Counsel for purposes of settlement;

5. Approve and appoint CAC Services Group, LLC as the Settlement Administrator;

6. Preliminarily approve the application for payment to Class Counsel of reasonable attorneys' fees of up to $3,812,500 (25% of the common fund created) and reasonable costs of up to $100,000;

6. Preliminarily approve a Service Payment award in the amount of $7,500 to each of the five named Plaintiffs for their service, efforts, risks and burdens of acting on behalf of the Class;

7. Approving as to form and content the proposed Notice of Class Action Settlement and directing its distribution to all members of the Class; and

8. Setting a date, time, and place to conduct the Final Approval Hearing on the question of whether the proposed Settlement should be finally approved as fair, reasonable, and adequate.

This motion is brought pursuant to Federal Rule of Civil Procedure 23 on the grounds that the proposed Settlement is fair, reasonable, and adequate, and that all requirements for class certification have been met.

The motion is based upon this Notice, the Memorandum of Points and Authorities submitted herewith, the Declarations of Randy Renick, Joshua Young, and Michael D. Singer, the proposed Joint Stipulation of Class Action Settlement and Release, its exhibits and the other records, pleadings, and papers filed in this action, and upon such other documentary and oral evidence or argument as may be presented to the Court at the hearing on this motion.

Respectfully submitted,

**HADSELL STORMER & RENICK, LLP**
**GILBERT & SACKMAN, A Law Corporation**
**COHELAN KHOURY & SINGER**

Date:  May 8, 2019          By:   *Randy Renick*
                                  Randy Renick
                                  Attorneys for Plaintiffs and the Proposed Class