1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON VALLIERE, EILEEN FOSTER, ANTONIO GARCIA, and SAMANTHA WEST, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING AND MARKETING COMPANY LLC, TESORO LOGISTICS GP, LLC, and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 3:17-cv-00123-JST<br><br>[Assigned to the Hon. Jon S. Tigar]<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' RESPONSE TO NORMAN ANTHONY ROGERS, SAMUEL MCDONALD, AND BRIAN DUMONT'S PARTIAL OBJECTION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT |
| JINETRA BONNER, individually, on behalf herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING & MARKETING COMPANY, LLC, a Delaware Limited Liability Company; and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No. 3:17-cv-03850-JST |

**DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' RESPONSE [DKT 100]**

57624843v.1

The Court, having considered Defendants' unopposed administrative motion for leave to file a reply to Plaintiffs' response to Norman Anthony Rogers, Samuel McDonald, and Brian Dumont's Partial Objection to Motion for Preliminary Approval of a Class Action Settlement, and finding good cause appearing, hereby ORDERS that:

Tesoro may file a maximum five page reply to Plaintiffs' Response to Norman Anthony Rogers, Samuel McDonald, and Brian Dumont's Partial Objection to Motion for Preliminary Approval of a Class Action Settlement, which shall be due five court days after entry of this Order.

**IT IS SO ORDERED.**

Dated: _____June 26, 2019_____   _____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE

**DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' RESPONSE [DKT 100]**

57624843v.1