UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GARCIA, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>TESORO REFINING & MARKETING COMPANY LLC, et al.,<br><br>        Defendants. | Case No. 17-cv-00123-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 107 |

Before the Court is Plaintiffs' motion for preliminary approval of class action settlement. ECF No. 107. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for February 12, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: February 4, 2020



JON S. TIGAR
United States District Judge